

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Vernon Richard Sanders,                  * From the 104th District Court
                                           of Taylor County,
                                           Trial Court No. 20358B.

Vs. No. 11-16-00284-CR                   * May 25, 2017

The State of Texas,                      * Per Curiam Memorandum Opinion
                                           (Panel consists of: Wright, C.J.,
                                           Willson, J., and Bailey, J.)

       This court has inspected the record in this cause and concludes that the appeal should be dismissed. Therefore, in accordance with this court's opinion, the appeal is dismissed.